UNITED STATES of America,
Plaintiff-Appellee,

v.

George HARRIS, Defendant-Appellant.

No. 74–3303.

United States Court of Appeals,
Fifth Circuit.

March 31, 1975.

Robert K. Upchurch, Tupelo, Miss. (Court-appointed), for defendant-appellant.

H. M. Ray, U. S. Atty., Alfred E. Moreton, III, Asst. U. S. Atty., Oxford, Miss., for plaintiff-appellee.

Before GEWIN, AINSWORTH and MORGAN, Circuit Judges.

PER CURIAM:

In all essential respects, this case is similar to United States v. Odland, 7 Cir., 1974, 502 F.2d 148. We approve the principles delineated in that case and affirm the conviction.

Affirmed.